# Criminal Case Cover Sheet U.S. District Court

**Place of Offense:**

City: Hagåtña

Country/Parish: N/A

**Related Case Information:**

Superseding Indictment _____ Docket Number **06-00024**

Same Defendant __X__  New Defendant _____

Search Warrant Case Number _____

R 20/ R 5(c) from District of Maryland

**Defendant Information:**

Juvenile: Yes ___ No _X_   Matter to be sealed: ___ Yes _X_ No

Defendant Name: HELMI SOEDIRDJA

Allisas Name: _____

Address: _____

**RECEIVED OCT -5 2006**
**DISTRICT COURT OF GUAM**
**HAGATNA, GUAM**

Birth date XX/XX/1973   SS# N/A   Sex M   Race A   Nationality Republic of Indonesia

**U.S. Attorney Information:**

AUSA Marivic P. David

Interpreter: ___ No _X_ Yes   List language and/or dialect: Indonesian

**Location Status:**

Arrest Date _____

☐ Already in Federal Custody as of _____ in _____

☐ Already in State Custody

☐ On Pretrial Release

**U.S.C. Citations**

Total # of Counts: 3   ___ Petty   ___ Misdemeanor   _X_ Felony

| | Index Key/Code | Description of Offense Charged | Count(s) |
|---|---|---|---|
| Set 1 | 18 U.S.C. § 371, and 22 U.S.C. § 2278 | CONSPIRACY TO EXPORT ARMS AND MUNITIONS | 1 |
| Set 2 | 18 U.S.C. § 1956(a)(2)(A), and 18 U.S.C. § 2 | MONEY LAUNDERING | 2 |
| Set 3 | 22 U.S.C. §§ 2778(b)(2) and 2778(c), and 22 CFR §§ 121.1, 121.4, 123.1, 126.1 et seq., 127.1, 127.1(c), and 127.3 | ATTEMPTED EXPORT OF ARMS AND MUNITIONS | 3 |

Date: 10/6/06   Signature of AUSA: _[signature]_

**ORIGINAL**