# IN THE DISTRICT COURT OF GUAM
# TERRITORY OF GUAM
# CRIMINAL MINUTES
# INITIAL APPEARANCE

CASE NO.: MJ-06-00024　　　　　　　　　　DATE: October 05, 2006

HON. JOAQUIN V. E. MANIBUSAN, JR., Magistrate Judge, Presiding

| | |
|---|---|
| Law Clerk: Judith P. Hattori | Court Reporter: Wanda Miles |
| Courtroom Deputy: Leilani Toves Hernandez | Electronically Recorded: 2:20:15 - 2:27:55 |
| CSO: N. Edrosa / J. Lizama | |

**APPEARANCES:**

| | |
|---|---|
| Defendant: Helmi Soedirdja | Attorney: Joaquin C. Arriola, Jr. |
| ☑ Present ☑ Custody ☐ Bond ☐ P.R. | ☑ Present ☐ Retained ☐ FPD ☑ CJA |
| U.S. Attorney: Marivic P. David | U.S. Agent: |
| U.S. Probation: Maria Cruz | U.S. Marshal: W. Gray |
| Interpreter: | Language: |

**PROCEEDINGS:** Initial Appearance on Petition for Removal
- Financial Affidavit reviewed and accepted: Joaquin C. Arriola, Jr. appointed to represent the defendant.
- Defendant advised of his rights and charges.
- Identity Hearing waived.
- Warrant of Removal issued.
- Defendant remanded to the custody of the U.S. Marshals Service for the District of Guam for removal to the District of Maryland.

NOTES: