**FILED**
DISTRICT COURT OF GUAM

OCT - 5 2006

MARY L.M. MORAN
CLERK OF COURT

(3)

DISTRICT COURT OF GUAM

TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | MAGISTRATE CASE NO. **06-00024** |
| Plaintiff, | |
| vs. | **APPOINTMENT ORDER** |
| **HELMI SOEDIRDJA,** | |
| Defendant. | |

IT IS HEREBY ORDERED that **JOAQUIN C. ARRIOLA, JR.** is appointed to represent the defendant in the above-entitled case.

Dated this 5th day of October, 2006.

JOAQUIN V. E. MANIBUSAN, JR.
MAGISTRATE JUDGE
U.S. DISTRICT COURT OF GUAM

ORIGINAL