LEONARDO M. RAPADAS
United States Attorney
MARIVIC P. DAVID
Assistant U.S. Attorney
Suite 500, Sirena Plaza.
108 Hernan Cortez Ave.
Hagåtña, Guam 96910
PHONE: 472-7332
FAX: 472-7334

Attorneys for the United States of America

**FILED**
DISTRICT COURT OF GUAM

OCT -5 2006

**MARY L.M. MORAN**
**CLERK OF COURT**

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | MAGISTRATE CASE NO. 06 - 00024 |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **WAIVER OF IDENTITY** |
| | ) | |
| HELMI SOEDIRDJA, | ) | |
| Defendant. | ) | |
| | ) | |

The defendant, after advice of counsel, waives an identity hearing and consents to an issuance of an Order requiring his appearance in the District of Maryland where there is a warrant outstanding for his arrest.

_10/5/ʌ_
DATE

_____
HELMI SOEDIRDJA
Defendant

Approved as to form:

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

By: _____
MARIVIC P. DAVID
Assistant U.S. Attorney