LEONARDO M. RAPADAS
United States Attorney
MARIVIC P. DAVID
Assistant U.S. Attorney
Suite 500, Sirena Plaza.
108 Hernan Cortez Ave.
Hagåtña, Guam 96910
PHONE: 472-7332
FAX: 472-7334

Attorneys for the United States of America

FILED
DISTRICT COURT OF GUAM
OCT - 5 2006
MARY L.M. MORAN
CLERK OF COURT

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | MAGISTRATE CASE NO. 06-00024 |
| Plaintiff, | |
| vs. | **WARRANT OF REMOVAL** |
| HELMI SOEDIRDJA, | |
| Defendant. | |

TO: U.S. MARSHAL
District of Guam

An Indictment for defendant, HELMI SOEDIRDJA, having been filed in the United States District Court for the District of Maryland, Criminal Case No. CCB-06-00439, charging HELMI SOEDIRDJA, with Conspiracy to Export Arms & Munitions; Money Laundering; and Attempted Export of Arms and Munitions; and a Warrant for Arrest having issued for his arrest, and

Said HELMI SOEDIRDJA, having been arrested in this District on a warrant of arrest issued pursuant to the above indictment, admitted identity, and to being held to answer in the District of Maryland, HELMI SOEDIRDJA is committed to your custody pending removal to the District of Maryland;

//

//

ORIGINAL

You are therefore commanded to remove HELMI SOEDIRDJA forthwith to the District of Maryland and there deliver him to the United States Marshal for the District or to some other officer authorized to received him.

DATED this 5th day of October 2006.

JOAQUIN V. E. MANIBUSAN, JR.
U.S. Magistrate Judge
District Court of Guam